FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2021

No. 04-21-00331-CR

John Darrick **RITTENBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

# O R D E R

After representing himself at trial, appellant was convicted of the offense of assault of a peace officer. Appellant filed a pro se notice of appeal. The appellate record has been filed and appellant's brief is currently due on or before November 29, 2021.

On November 1, 2021, appellant filed a letter in this court asking for the appointment of counsel to represent him in this appeal. We, therefore, ABATE this case to the trial court and ORDER the trial court to conduct a hearing to determine whether or not appellant is indigent. If appellant is indigent, the trial court shall appoint counsel to represent appellant. If the trial court finds that appellant is not indigent, the trial court should determine if appellant can make the necessary arrangements for filing a brief. The trial court may, in its discretion, receive evidence by sworn affidavit from appellant.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk no later than thirty days from the date of this order. We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.

FILE COPY

_____
Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court